Gene W. Choe, Esq.  (SBN 187704)
Vikram Subramanian, Esq. (SBN261270)
LAW OFFICES OF GENE W. CHOE, P.C.
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888          JS 6
Facsimile (213) 383-8280

Attorneys for Plaintiff, Vincent Laino

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| **VINCENT LAINO,** *an individual;*<br>        **Plaintiff,**<br><br>vs.<br><br>**WELLS FARGO BANK, N.A.,** *business entity unknown*; **FIRST AMERICAN LONESTAR TRUSTEE SERVICES,** *business entity unknown*; **and DOES 1 through 20, inclusive,**<br><br>        **Defendants.** | CASE NO: CV11-05826-DSF(JCG)<br><br>[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Pursuant to the Notice of Voluntary Dismissal filed on August 8, 2011, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

Dated: August 8, 2011        By: _Dale S. Fischer_____
                             JUDGE OF THE UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL